3:23-mc-1
Collier/McCook
FILED
JAN 03 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

12-19-22

To Whom It Concerns

My name is Franklin Harrison Major. I'm currently housed in Loudon County Jail fighting charges I'm not guilty of. I'm disabled and receive disability Title II benefits for my heart failure.

In January on 19th 2022 I filed a police report with the Lenoir City Police Dept for the theft of my disability funds stolen from my Direct Express Card Acct from January thru April for 2,757.00. Detectives John Yates and Jason Smith identified interviewed and arrested Christopher James who admitted to the theft. He has been sent to prison for the theft.

However, Comerica Bank and Direct Express have still not refunded my money despite their knowledge of the theft, and have refused access to my Acct and monthly benefits which continue to deposit each month on my Acct, which as of to date is over 9,500.00

As a result of their complete violation of the E.F.T.A. laws and "Regulation E", I'm unable to pay my bills, have lost everything and cannot afford to hire lawyers to defend either the current case or criminal matters.

I'm requesting courts help. I need my funds from January 2022 thru December 2022 and the 2,757.00 that was stolen and any future funds I'm

Per my CARD Agreement I Have Both Contacted Direct Express By Both Phone AND Mail on numerous Occassions AND They As well As Comerica Bank were notified By Detectives of The fraud Yet, Still Not only Refused To Refund The money, They Refused to unlock My Account AND Allow ME Access To My funds That Are in The Acct.

I AM Asking The Court To Help Me In Any Way Possible At The Courts Discretion To get My money from My Account Delievered To me Here AT The Jail.

Thank You

franklin MAJOR
Date of Birth ▇▇▇ 1982
SSN # ▇▇▇-▇▇-8968
① Born in Knoxville TN
Mothers Maiden Name is ▇▇▇.
Last 4 numbers of Direct Express Acct is 3537

If The District Court cant help me Then Please forward my Request to Proper Place That can help me. I Have Been Trying To obtain help from January 19th 2022 Til Present Day And While The Theft Was Reported in Time, And Those Responcible were Arrested And Sent To Prison for Theft, Nobody Will Help me gain Access To my Account funds on Direct Express CARD or Return The Funds Stolen from Acct.

As A Result, Im Losing Everything I own. I Cannot Afford legal Help or Lawyer Due To This Above Situation.

Please Help,

Franklin Myg—

Franklin Major
12680 Hwy 11 West
Suite #2 Lenoir City TN
37771



KNOXVILLE TN 377
28 DEC 2022 PM 1 L

RECEIVED
JAN 03 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

U.S. District Court
Eastern Tennessee
800 Market Street
Suite #130 Knoxville TN 37902

37902-230330

THIS LETTER IS BEING MAILED BY AN
INMATE FROM A CORRECTIONAL FACILITY.
THE ADMINISTRATION HAS NOT VIEWED
THE CONTENTS.