UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| FRANKLIN HARRISON MAJOR, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:23-CV-19 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| CONDUENT BUSINESS SERVICES, LLC, ) | Magistrate Judge Jill E. McCook |
| COMERICA, INC., COMERICA BANK, *and* ) | |
| DIRECT EXPRESS PAYMENT ) | |
| PROCESSING SERVICE, ) | |
| ) | |
| *Defendants*. ) | |

## **O R D E R**

On June 1, 2023, United States Magistrate Judge Jill E. McCook filed a report and recommendation (the "R&R") screening Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B)(i)–(ii). (Doc. 8.) The R&R recommends that the Court dismiss Plaintiff's claims against Defendants Conduent Business Services, LLC, and Comerica, Inc., and allow Plaintiff's claims against Defendants Comerica Bank and Direct Express Payment Processing Service to proceed. (*Id.* at 1.) Plaintiff has not filed any objection to the R&R within the time allowed by law. *See* Fed. R. Civ. P. 72(b)(2) (allowing fourteen days to file objections to proposed findings and recommendations); *see also* Fed. R. Civ. P. 6(d) (allowing three extra days after service by mail). The Court accordingly hereby **ACCEPTS** and **ADOPTS** the Magistrate Judge's findings of fact, conclusions of law, and recommendations (Doc. 8). Plaintiff's claims against Defendants Conduent Business Services, LLC, and Comerica, Inc., are **DISMISSED**.

The Clerk of Court is **DIRECTED** to send Plaintiff service packets (a blank summons and USM-285 form) for Defendants Comerica Bank and Direct Express Payment Processing Service. Plaintiff is **ORDERED** to complete the service packets and return the packets to the Clerk's Office

within twenty-one (21) days of receipt of this Order. At that time, the summons will be signed and sealed by the Clerk and forwarded to the U.S. Marshal for service. Fed. R. Civ. P. 4. Service on Defendants shall be made pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4.04(1) and (10) of the Tennessee Rules of Civil Procedure, either by mail or personally if mail service is not effective. Plaintiff is **WARNED** that if he fails to timely return the completed service packet, this action will be dismissed.

Defendants shall answer or otherwise respond to the complaint within twenty-one (21) days from the date of service. If any Defendant fails to timely respond to the complaint, it may result in entry of judgment by default against it.

Plaintiff is **ORDERED** to immediately inform the Court and Defendants/Defendants' counsel of record of any address changes in writing. Pursuant to Local Rule 83.13, it is the duty of a *pro se* party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. Failure to provide a correct address to this Court within fourteen (14) days of any change in address may result in the dismissal of this action.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**