UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| FRANKLIN HARRISON MAJOR,       ) | |
| )  | |
| *Plaintiff*,        ) | |
| )  | Case No. 3:23-CV-19 |
| v.          ) | |
| )  | Judge Curtis L. Collier |
| COMERICA BANK *and* DIRECT EXPRESS   ) | Magistrate Judge Jill E. McCook |
| PAYMENT PROCESSING SERVICE,   ) | |
| )  | |
| *Defendants*.       ) | |

## JUDGMENT ORDER

For the reasons set out in the accompanying Memorandum, this prisoner's *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b). Because the Court **CERTIFIED** in the Memorandum that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to deny all pending motions as moot and close the file.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna R. Wilson*
   CLERK OF COURT